UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MALAK BAALIM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:21-CV-1433 RLW |
| STATE OF MISSOURI, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Plaintiff Malak Baalim, also known as Norbert K.O. Cody, II, requests leave to amend his complaint in this matter. *See* ECF No. 3. As leave to amend should be freely given, the Court will grant Plaintiff's request and give him thirty (30) days to file an amended complaint. *See* Fed. R. Civ. P. 15. Plaintiff's amended complaint must be on a court-form, as required by the Local Rules. *See* E.D. Mo. Local Rule 2.06(A). The Court will direct the Clerk of Court to send Plaintiff a blank form complaint so that he may file an amended complaint.

Plaintiff is advised that the filing of an amended complaint **completely replaces** the original complaint, and so it must include all claims Plaintiff wishes to bring. *See In re Wireless Tel. Fed. Cost Recovery Fees Litig.*, 396 F.3d 922, 928 (8th Cir. 2005) ("It is well-established that an amended complaint supercedes an original complaint and renders the original complaint without legal effect"). Any claims from the original complaint or any supplements that are not included in the amended complaint will be deemed abandoned and will not be considered. *Id.*

Finally, due the pending motion to proceed *in forma pauperis* (ECF No. 2), Plaintiff is warned that the Court will review the amended complaint under 28 U.S.C. § 1915 for frivolousness, maliciousness, and/or failure to state a claim upon which relief can be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for an extension of time to amend [ECF No. 3] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to Plaintiff a blank Prisoner Civil Rights Complaint form.

**IT IS FINALLY ORDERED** that, **by Wednesday, March 30, 2022**, Plaintiff shall file an amended complaint in this matter on the court-provided form.

**Plaintiff's failure to timely comply with this Order could result in the dismissal of this action, without prejudice and without further notice.**

Dated this 28th day of February, 2022.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**